# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Karen Archibald, | No. CV-24-00495-TUC-RCC (EJM) |
| Plaintiff, | **ORDER** |
| v. | |
| Commissioner of Social Security Administration, | |
| Defendant. | |

On October 21, 2024, Magistrate Judge Eric J. Markovich issued a Report and Recommendation ("R&R") stating the magistrate believed Plaintiff had incorrectly calculated her and her husband's monthly expenses on the Application to Proceed in District Court Without Prepaying Fees or Costs ("IFP Application"). (Doc. 9.) The R&R recommended denying the IFP Application, but allowing Plaintiff to object to this determination by filing a corrected IFP Application clearing up any discrepancies. (*Id.*)

Plaintiff filed an Objection, attaching an Amended IFP Application which appears to be a copy of the original except that it calculates monthly expenses of $5,241.00, instead of the original $4,297.00. (Doc. 11-1 at 4–5.) The Court finds this calculation to reasonably explain the discrepancy from the original and will grant the Amended IFP Application.

For these reasons, IT IS ORDERED:

1) Magistrate Judge Eric J. Markovich's R&R is ADOPTED. (Doc. 9.)
2) Plaintiff's original IFP Application is DENIED. (Doc. 2.)

3) Plaintiff's Amended IFP Application is GRANTED. (Doc. 11-1.)

4) This matter is re-referred to Magistrate Judge Markovich for all pretrial proceedings and a report and recommendation in accordance with 28 U.S.C. § 636(b)(1), Fed. R. Civ. P. 72, and 72.2 of the Rules of Practice of the United States District Court for the District of Arizona.

Dated this 2nd day of December, 2024.

Honorable Raner C. Collins
Senior United States District Judge